THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DOUGLAS BYNUM, a Minor, Defendant-Appellant.

(Nos. 57324, 57846 cons.;

First District (1st Division)—June 11, 1973.

PER CURIAM.

GOLDBERG, J., took no part.

Kenneth L. Gillis, of Defender Project, of Chicago, (Kenneth L. Jones, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Thomas G. Passarelli, Assistant State's Attorneys, of counsel,) for the People.